DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN LEON NEAL,**
Appellant,

v.

**CLAUDE MAYE,** Warden of South Bay Correctional Facility,
Appellee.

No. 4D18-298

[February 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 2017CA012561.

Kevin Leon Neal, South Bay, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and FORST, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***